| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br><br>**Eldaena Haro Rodriguez** | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF**<br>**THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1.  ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:   04/14/2026      Eldaena Haro Rodriguez
                        Printed name of Debtor 1                          Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____   _____   _____
                                                   Printed name of Debtor 2                                     Signature of Debtor 2

_____

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.



Pacific Gypsum Supply, Inc.   1165 North Johnson Avenue El Cajon, CA 92020   +1 (619) 4472413
Eldaena Haro Rodriguez   40593 Mayberry Ave Hemet, CA 92544

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Eldaena Haro Rodriguez | Pacific Gypsum Supply, Inc. | | 133386 | 02/01/2026 | 02/14/2026 | 02/20/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 86.62 | 2,321.58 | 488.20 | 357.84 | 3.54 | 1,512.00 |
| YTD | 280.86 | 9,642.27 | 1,302.95 | 1,711.92 | 10.62 | 6,696.78 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| FLSA Overtime Pay (1.5x) | 02/01/2026 - 02/07/2026 | 5.07 | 37.515 | 190.22 | | Social Security | 122.28 | 552.82 |
| FLSA Overtime Pay (1.5x) | 02/08/2026 - 02/14/2026 | 6.88 | 37.515 | 258.11 | 1,734.19 | Medicare | 28.60 | 129.29 |
| Cell Phone Reimb | 02/01/2026 - 02/14/2026 | 0 | 0 | 40.00 | 80.00 | Federal Withholding | 136.62 | 668.65 |
| GMS Commission CA | | | 0 | | 14.80 | State Tax - CA | 44.70 | 245.25 |
| Holiday Pay | | | 0 | | 800.32 | CA SDI - CASDI | 25.64 | 115.91 |
| PTO Paid Time Off | | | 0 | | 1,200.48 | | | |
| Regular Pay | 02/01/2026 - 02/07/2026 | 36.07 | 25.01 | 902.12 | | | | |
| Regular Pay | 02/08/2026 - 02/14/2026 | 38.6 | 25.01 | 965.39 | 5,869.11 | | | |
| STD (Grossed-up Amount) | 02/01/2026 - 02/14/2026 | 0 | 0 | 5.74 | 23.37 | | | |
| Earnings | | | | 2,361.58 | 9,722.27 | Employee Taxes | 357.84 | 1,711.92 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) Pre-Tax | 138.96 | 577.15 | STD Offset | 3.54 | 10.62 |
| Dental | 35.14 | 105.42 | | | |
| Non-Med PreTax Recoup | 11.36 | 11.36 | | | |
| PreTax Medical Recoup | 149.60 | 149.60 | | | |
| Medical | 149.40 | 448.20 | | | |
| Vision | 3.74 | 11.22 | | | |
| Pre Tax Deductions | 488.20 | 1,302.95 | Post Tax Deductions | 3.54 | 10.62 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) Employer Match | 92.64 | 384.78 | OASDI - Taxable Wages | 1,972.34 | 8,916.47 |
| Basic Life - ER | 0.21 | 0.63 | Medicare - Taxable Wages | 1,972.34 | 8,916.47 |
| Medical ER Recoup | 233.00 | 233.00 | Federal Withholding - Taxable Wages | 1,833.38 | 8,339.32 |
| Medical ER | 505.46 | 1,516.38 | | | |
| Employer Paid Benefits | 831.31 | 2,134.79 | | | |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Single or Married (with two or more incomes) |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| ALTURA CREDIT UNION | ALTURA CREDIT UNION ******7500 | ******7500 | | 1,512.00   USD |



Pacific Gypsum Supply, Inc.   1165 North Johnson Avenue El Cajon, CA 92020   +1 (619) 4472413
Eldaena Haro Rodriguez   40593 Mayberry Ave Hemet, CA 92544

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Eldaena Haro Rodriguez | Pacific Gypsum Supply, Inc. | | 133386 | 02/15/2026 | 02/28/2026 | 03/06/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 92.35 | 2,494.05 | 498.53 | 403.45 | 3.54 | 1,588.53 |
| YTD | 373.21 | 12,136.32 | 1,801.48 | 2,115.37 | 14.16 | 8,285.31 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| FLSA Overtime Pay (1.5x) | 02/15/2026 - 02/21/2026 | 7.6 | 37.515 | 285.12 | | Social Security | 132.98 | 685.80 |
| FLSA Overtime Pay (1.5x) | 02/22/2026 - 02/28/2026 | 6.68 | 37.515 | 250.61 | 2,269.92 | Medicare | 31.10 | 160.39 |
| Cell Phone Reimb | | | | 0 | 80.00 | Federal Withholding | 156.08 | 824.73 |
| GMS Commission CA | | | | 0 | 14.80 | State Tax - CA | 55.40 | 300.65 |
| Holiday Pay | | | | 0 | 800.32 | CA SDI - CASDI | 27.89 | 143.80 |
| PTO Paid Time Off | | | | 0 | 1,200.48 | | | |
| Regular Pay | 02/15/2026 - 02/21/2026 | 40 | 25.01 | 1,000.40 | | | | |
| Regular Pay | 02/22/2026 - 02/28/2026 | 38.07 | 25.01 | 952.14 | 7,821.65 | | | |
| STD (Grossed-up Amount) | 02/15/2026 - 02/28/2026 | 0 | 0 | 5.78 | 29.15 | | | |
| Earnings | | | | 2,494.05 | 12,216.32 | Employee Taxes | 403.45 | 2,115.37 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) Pre-Tax | 149.30 | 726.45 | STD Offset | 3.54 | 14.16 |
| Dental | 35.14 | 140.56 | | | |
| Non-Med PreTax Recoup | 11.35 | 22.71 | | | |
| PreTax Medical Recoup | 149.60 | 299.20 | | | |
| Medical | 149.40 | 597.60 | | | |
| Vision | 3.74 | 14.96 | | | |
| Pre Tax Deductions | 498.53 | 1,801.48 | Post Tax Deductions | 3.54 | 14.16 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) Employer Match | 99.54 | 484.32 | OASDI - Taxable Wages | 2,144.82 | 11,061.29 |
| Basic Life - ER | 0.21 | 0.84 | Medicare - Taxable Wages | 2,144.82 | 11,061.29 |
| Medical ER Recoup | 232.99 | 465.99 | Federal Withholding - Taxable Wages | 1,995.52 | 10,334.84 |
| Medical ER | 505.46 | 2,021.84 | | | |
| Employer Paid Benefits | 838.20 | 2,972.99 | | | |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Single or Married (with two or more incomes) |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| ALTURA CREDIT UNION | ALTURA CREDIT UNION ******7500 | ******7500 | | 1,588.53   USD |



Pacific Gypsum Supply, Inc.   1165 North Johnson Avenue El Cajon, CA 92020    +1 (619) 4472413
Eldaena Haro Rodriguez   40593 Mayberry Ave Hemet, CA 92544

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|--|-------------|------------------|----------------|------------|--------------|
| Eldaena Haro Rodriguez | Pacific Gypsum Supply, Inc. | | 133386 | 03/01/2026 | 03/14/2026 | 03/20/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|-------------|-----------|--------------------|----------------|---------------------|---------|
| Current | 87.22 | 2,590.35 | 343.35 | 502.86 | 3.54 | 1,780.60 |
| YTD | 460.43 | 14,726.67 | 2,144.83 | 2,618.23 | 17.70 | 10,065.91 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|-------------|-------|-------|------|--------|-----|
| FLSA Overtime Pay (1.5x) | 01/04/2026 - 01/10/2026 | 8.38 | -12.505 | -104.80 | |
| FLSA Overtime Pay (1.5x) | 01/04/2026 - 01/10/2026 | 8.38 | 12.74 | 106.77 | |
| FLSA Overtime Pay (1.5x) | 01/11/2026 - 01/17/2026 | 8.48 | -12.505 | -106.05 | |
| FLSA Overtime Pay (1.5x) | 01/11/2026 - 01/17/2026 | 8.48 | 12.74 | 108.04 | |
| FLSA Overtime Pay (1.5x) | 01/18/2026 - 01/24/2026 | 8.4 | -12.58 | -105.68 | |
| FLSA Overtime Pay (1.5x) | 01/18/2026 - 01/24/2026 | 8.4 | 12.815 | 107.65 | |
| FLSA Overtime Pay (1.5x) | 01/25/2026 - 01/31/2026 | 8.98 | -12.58 | -112.97 | |
| FLSA Overtime Pay (1.5x) | 01/25/2026 - 01/31/2026 | 8.98 | 12.815 | 115.08 | |
| FLSA Overtime Pay (1.5x) | 02/01/2026 - 02/07/2026 | 5.07 | -12.505 | -63.41 | |
| FLSA Overtime Pay (1.5x) | 02/01/2026 - 02/07/2026 | 5.07 | 12.78 | 64.80 | |
| FLSA Overtime Pay (1.5x) | 02/08/2026 - 02/14/2026 | 6.88 | -12.505 | -86.04 | |
| FLSA Overtime Pay (1.5x) | 02/08/2026 - 02/14/2026 | 6.88 | 12.755 | 87.76 | |
| FLSA Overtime Pay (1.5x) | 02/15/2026 - 02/21/2026 | 7.6 | -12.505 | -95.04 | |
| FLSA Overtime Pay (1.5x) | 02/15/2026 - 02/21/2026 | 7.6 | 12.745 | 96.87 | |
| FLSA Overtime Pay (1.5x) | 02/22/2026 - 02/28/2026 | 6.68 | -12.505 | -83.54 | |
| FLSA Overtime Pay (1.5x) | 02/22/2026 - 02/28/2026 | 6.68 | 12.76 | 85.24 | |
| FLSA Overtime Pay (1.5x) | 03/01/2026 - 03/07/2026 | 6.15 | 37.765 | 232.27 | |
| FLSA Overtime Pay (1.5x) | 03/08/2026 - 03/14/2026 | 4.1 | 37.79 | 154.95 | 2,671.82 |
| FLSA True Up | 03/01/2026 - 03/14/2026 | 0 | 0 | 7.54 | 7.54 |
| Cell Phone Reimb | 03/01/2026 - 03/14/2026 | 0 | 0 | 40.00 | 120.00 |
| GMS Commission CA | | | 0 | | 14.80 |
| FYE Bonus Non-Discretionary | 01/01/2026 - 03/14/2026 | 0 | 0 | 250.00 | 250.00 |
| Holiday Pay | | | 0 | | 800.32 |
| PTO Paid Time Off | | | 0 | | 1,200.48 |
| Regular Pay | 03/01/2026 - 03/07/2026 | 39.77 | 25.01 | 994.65 | |
| Regular Pay | 03/08/2026 - 03/14/2026 | 37.2 | 25.01 | 930.38 | 9,746.68 |
| STD (Grossed-up Amount) | 03/01/2026 - 03/14/2026 | 0 | 0 | 5.88 | 35.03 |
| Earnings | | | | 2,630.35 | 14,846.67 |

### Employee Taxes

| Description | Amount | YTD |
|-------------|--------|-----|
| Social Security | 148.93 | 834.73 |
| Medicare | 34.83 | 195.22 |
| Federal Withholding | 207.99 | 1,032.72 |
| State Tax - CA | 79.89 | 380.54 |
| CA SDI - CASDI | 31.22 | 175.02 |
| Employee Taxes | 502.86 | 2,618.23 |

### Pre Tax Deductions

| Description | Amount | YTD |
|-------------|--------|-----|
| 401(k) Pre-Tax | 155.07 | 881.52 |
| Dental | 35.14 | 175.70 |
| Non-Med PreTax Recoup | | 22.71 |
| PreTax Medical Recoup | | 299.20 |
| Medical | 149.40 | 747.00 |
| Vision | 3.74 | 18.70 |
| Pre Tax Deductions | 343.35 | 2,144.83 |

### Post Tax Deductions

| Description | Amount | YTD |
|-------------|--------|-----|
| STD Offset | 3.54 | 17.70 |
| Post Tax Deductions | 3.54 | 17.70 |

### Employer Paid Benefits

| Description | Amount | YTD |
|-------------|--------|-----|
| 401(k) Employer Match | 103.38 | 587.70 |
| Basic Life - ER | 0.21 | 1.05 |
| Medical ER Recoup | | 465.99 |
| Medical ER | 505.46 | 2,527.30 |
| Employer Paid Benefits | 609.05 | 3,582.04 |

### Taxable Wages

| Description | Amount | YTD |
|-------------|--------|-----|
| OASDI - Taxable Wages | 2,402.07 | 13,463.36 |
| Medicare - Taxable Wages | 2,402.07 | 13,463.36 |
| Federal Withholding - Taxable Wages | 2,247.00 | 12,581.84 |

| | Federal | State |
|---|---------|-------|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Single or Married (with two or more incomes) |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|-------------|---------|---------|-----------|
| SRS Consolidated Paid Sick Leave | 0 | 0 | 0 |
| SRS Paid Time Off - Time Off Plan | 3.076 | 0 | 15.38 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|------|-------------|----------------|------------|--------|--|
| ALTURA CREDIT UNION | ALTURA CREDIT UNION ******7500 | ******7500 | | 1,780.60 | USD |



Pacific Gypsum Supply, Inc.    1165 North Johnson Avenue El Cajon, CA 92020    +1 (619) 4472413
Eldaena Haro Rodriguez    40593 Mayberry Ave Hemet, CA 92544

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Eldaena Haro Rodriguez | Pacific Gypsum Supply, Inc. | | 133386 | 03/15/2026 | 03/28/2026 | 04/03/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 95.51 | 2,588.51 | 343.25 | 472.81 | 3.54 | 1,768.91 |
| YTD | 555.94 | 17,315.18 | 2,488.08 | 3,091.04 | 21.24 | 11,834.82 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| FLSA Overtime Pay (1.5x) | 03/15/2026 - 03/21/2026 | 6.73 | 37.515 | 252.48 | |
| FLSA Overtime Pay (1.5x) | 03/22/2026 - 03/28/2026 | 8.78 | 37.515 | 329.39 | 3,253.69 |
| FLSA True Up | | | | 0 | 7.54 |
| Cell Phone Reimb | | | | 0 | 120.00 |
| GMS Commission CA | | | | 0 | 14.80 |
| FYE Bonus Non-Discretionary | | | | 0 | 250.00 |
| Holiday Pay | | | | 0 | 800.32 |
| PTO Paid Time Off | | | | 0 | 1,200.48 |
| Regular Pay | 03/15/2026 - 03/21/2026 | 40 | 25.01 | 1,000.40 | |
| Regular Pay | 03/22/2026 - 03/28/2026 | 40 | 25.01 | 1,000.40 | 11,747.48 |
| STD (Grossed-up Amount) | 03/15/2026 - 03/28/2026 | 0 | 0 | 5.84 | 40.87 |
| Earnings | | | | 2,588.51 | 17,435.18 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 148.81 | 983.54 |
| Medicare | 34.80 | 230.02 |
| Federal Withholding | 186.09 | 1,218.81 |
| State Tax - CA | 71.90 | 452.44 |
| CA SDI - CASDI | 31.21 | 206.23 |
| Employee Taxes | 472.81 | 3,091.04 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Pre-Tax | 154.97 | 1,036.49 |
| Dental | 35.14 | 210.84 |
| Non-Med PreTax Recoup | | 22.71 |
| PreTax Medical Recoup | | 299.20 |
| Medical | 149.40 | 896.40 |
| Vision | 3.74 | 22.44 |
| Pre Tax Deductions | 343.25 | 2,488.08 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| STD Offset | 3.54 | 21.24 |
| Post Tax Deductions | 3.54 | 21.24 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Employer Match | 103.31 | 691.01 |
| Basic Life - ER | 0.21 | 1.26 |
| Medical ER Recoup | | 465.99 |
| Medical ER | 505.46 | 3,032.76 |
| Employer Paid Benefits | 608.98 | 4,191.02 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,400.23 | 15,863.59 |
| Medicare - Taxable Wages | 2,400.23 | 15,863.59 |
| Federal Withholding - Taxable Wages | 2,245.26 | 14,827.10 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Single or Married (with two or more incomes) |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| SRS Consolidated Paid Sick Leave | 0 | 0 | 0 |
| SRS Paid Time Off - Time Off Plan | 3.076 | 0 | 18.456 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| ALTURA CREDIT UNION | ALTURA CREDIT UNION ******7500 | ******7500 | | 1,768.91 | USD |