Certificate Number: 14912-CAC-DE-041229188

Bankruptcy Case Number: 26-12922



14912-CAC-DE-041229188

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 20, 2026, at 11:01 o'clock PM EDT, Eldaena Haro Rodriguez completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: July 20, 2026

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor